UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MIRIAM D. BIBBS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM MILLER Officer, in his official and ) <br> individual capacity for the Indianapolis Police ) <br> Department, ) <br> RICHARD COSBY Officer, in his official and ) <br> individual capacity for the Indianapolis Police ) <br> Department, ) <br> JOHN ARVIN Lt., in his official and individual ) <br> capacity for the Indianapolis Police Department, ) <br> ) <br> ) <br> Defendants. ) | No. 1:20-cv-00939-RLY-MG |

REPORT AND RECOMMENDATION TO
DISMISS COMPLAINT WITHOUT PREJUDICE

On March 1, 2022, the court issued an order to show cause to the plaintiff, Dkt. [87]. Plaintiff or her estate was ordered to show cause, in writing, filed with this court no later than March 29, 2022, why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff or her estate did not respond to the order to show cause or take any other action to prosecute the case.

Because of plaintiff's failure to comply with the court's order, the Magistrate Judge recommends to the District Judge that the Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Date: 4/12/2022

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution via ECF to all counsel of record.

Distribution via U.S. Mail:

Miriam D. Bibbs
5214 Ruskin Pl W
Indianapolis, IN 46224

Copy to:
Mr. Christopher Bibbs
8939 Mariposa Drive
Indianapolis, IN 46234